IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SERON K. SMITH,                 )
                                )
     Plaintiff,                 )
                                )       CIVIL ACTION NO.
     v.                         )         2:23cv701-MHT
                                )             (WO)
CAPTAIN POSEY, et al.,          )
                                )
     Defendants.                )
```

**ORDER**

This case is before the court on plaintiff Seron K. Smith's motions for an order to the Alabama Department of Corrections to return to plaintiff his personal funds that are being held in escrow in order to pay the filing fee in the above case. Plaintiff Smith reports that the business manager told him that the court must send him a letter stating that no funds are to be taken for this case, or the DOC will continue to collect funds.

Accordingly, it is ORDERED that plaintiff's motions (Doc. 9 and Doc. 10) are granted to the following extent: The Alabama Department of Corrections is

notified that no filing fee is to be collected in this case, and any moneys collected for that purpose should be returned to plaintiff Seron Smith.

The clerk of court is DIRECTED to provide a copy of the court's January 4, 2024, dismissal order (Doc. 6) and this order to the Business Manager and to the Account Clerk at Limestone Correctional Facility, 28779 Nick Davis Rd., Harvest, AL 35749.

DONE, this the 13th day of May, 2024.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**